Ahilan Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

R. Alexander Pilmer (SBN 166196)
Alexander.pilmer@kirkland.com
Kirkland & Ellis LLP
333 S. Hope Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 680-8405
Facsimile: (213) 680-8500

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO; and NATHANIEL DENNISON;<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY.<br><br>    *Defendants* | CASE NO. 2:19-cv-06338<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Pursuant to Fed. R. Civ. P. 4(i), on July 25, 2019 undersigned counsel caused the following documents to be served on the above captioned Defendants, the Attorney General for the United States, and the United States Attorney for the Central District of California via United States Postal Service (USPS) Certified Mail:

**SUMMONS IN A CIVL ACTION**

**COMPLAINT**

**CIVL COVER SHEET**

**NOTICE OF INTERESTED PARTIES**

**NOTICE OF ASSIGNMENT TO HON. STEPHEN V. WILSON**

**NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM**

**NEW CASE ORDER**

Attached are scanned images of USPS's Return Receipts and tracking information verifying delivery of said documents at the below addresses:

**United States Customs and Border Protection**
1300 Pennsylvania Ave. NW
Washington, DC 20229

**Mark Morgan, Acting Commissioner**
United States Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

**United States Immigration and Customs Enforcement**
500 12th St., SW
Washington, DC 20536

**Matthew Albence, Acting Director**
United States Immigration and Customs Enforcement
500 12th St., SW
Washington, DC 20536

1
2
3

**Federal Bureau of Investigations**
935 Pennsylvania Avenue, NW
Washington, DC 20535

4
5
6

**Christopher Wray, Director**
Federal Bureau of Investigations
935 Pennsylvania Avenue, NW
Washington, DC 20535

7
8
9

**William Barr, U.S. Attorney General**
950 Pennsylvania Avenue
Washington, DC 20530

10
11
12

**Nicola T. Hanna, U.S. Attorney, Central District of California**
300 N. Spring Street
Los Angeles, CA 90012

13

14
15
16

DATED:  August 14, 2019          Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA

17          KIRKLAND & ELLIS LLP

18
19

20          By:  s/ *Mohammad Tajsar*
21               Mohammad Tajsar

22               Counsel for Plaintiff
23
24
25
26
27
28

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage

$

Total Postage and Fees

$

Sent To
UNITED STATES CUSTOM BORDER PROTECTION
Street and Apt. No., or PO Box No.
1300 PENNSYLVANIA AVE NW
City, State, ZIP+4®
WASHINGTON, DC 20229

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Postmark Here
LOS ANGELES, CA LUGO STA
90023
JUL 25 2019
USPS

7018 3090 0001 6992 8858

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70183090000169928858

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:19 am on August 2, 2019 in WASHINGTON, DC 20229.

## ⊘ Delivered

August 2, 2019 at 10:19 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here
JUL 25 2019

Postage
$

Total Postage and Fees
$

Sent To
MARK MORGAN ACTING COMMISSIONER, CBP
Street and Apt. No., or PO Box No.
1300 PENNSYLVANIA AVE, NW
City, State, ZIP+4®
WASHINGTON, DC 20229

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7018 3090 0001 6992 8865

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70183090000169928865                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:31 am on August 1, 2019 in WASHINGTON, DC 20229.

## ⊘ Delivered

August 1, 2019 at 10:31 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                             ⌄

---

**Tracking History**                                                 ⌄

---

**Product Information**                                               ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To  U.S. IMMIGRATION · CUSTOMS ENFORCEMENT
Street and Apt. No., or PO Box No.  500 12TH STREET SW
City, State, ZIP+4®  WASHINGTON DC 20536

7019 0700 0001 4048 8058

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70190700000140488058

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:33 am on August 1, 2019 in WASHINGTON, DC 20536.

## ⊘ Delivered

August 1, 2019 at 10:33 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                    ⌄

---

**Tracking History**                        ⌄

---

**Product Information**                      ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



# USPS Tracking®

FAQs  ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70190700000140488065                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:21 am on August 2, 2019 in WASHINGTON, DC 20536.

## ⊘ Delivered

August 2, 2019 at 10:21 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** *CK*
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here
JUL 25 2019

Postage
$
Total Postage and Fees

Sent To  FEDERAL BUREAU OF INVESTIGATIONS
Street and Apt. No., or PO Box No.  935 PENNSYLVANIA AVE NW
City, State, ZIP+4  WASHINGTON, DC 20535

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7019 0700 0001 4048 8072

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70190700000140488072

Remove ✕

Your item was delivered at 5:50 am on August 5, 2019 in WASHINGTON, DC 20535.

## ⊘ Delivered

August 5, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20535

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here
JUL 25 2019

Postage
$

Total Postage and Fees
$

Sent To
CHRISTOPHER WRAY, DIRECTOR ~ FBI

Street and Apt. No., or PO Box No.
935 PENNSYLVANIA AVE. NW

City, State, ZIP+4
WASHINGTON DC 20535

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7019 0700 0001 4048 8089

# USPS Tracking®

FAQs ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package ✛

**Tracking Number:** 70190700000140488089                    Remove ✕

Your item was delivered at 5:50 am on August 5, 2019 in WASHINGTON, DC 20535.

## ✓ Delivered

August 5, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20535

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postmark
Here
JUL 2 5 2019

Postage
$

Total Postage and Fees
$

Sent To
WILLIAM BARR ATTORNEY GENERAL OF THE U.S.
Street and Apt. No., or PO Box No.
950 PENNSYLVANIA AVENUE
City, State, ZIP+4®
WASHINGTON, DC 20530

7018 3090 0001 6992 8841

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**COMPLETE THIS SECTION**

- ■ ...mplete items 1, 2, and 3.
- ...int your name and address on the reverse ...o that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM BARR
ATTORNEY GENERAL OF THE US.
US. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON, DC 20530

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5068 9092 7205 6.5

2. Article Number (Transfer from service label)

7018 3090 0001 6992 8841

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 02 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

**FAQs** ❯  **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package ✛

**Tracking Number:** 70183090000169928841                Remove ✕

Your item was delivered at 5:52 am on August 2, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

August 2, 2019 at 5:52 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

| Text & Email Updates | ⌄ |
| --- | --- |
| Tracking History | ⌄ |
| Product Information | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NICOLA T. HANNA
US ATTORNEY, CACD
OFFICE OF THE US ATTORNEY
300 N. SPRING STREET
LOS ANGELES, CA 90012

9590 9402 5068 9092 7205 58

2. Article Number (Transfer from service label)

7018 3090 0001 6992 8834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    FRANK S. KAWANO    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70183090000169928834

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:01 pm on July 29, 2019 in LOS ANGELES, CA 90012.

## ✓ Delivered

July 29, 2019 at 2:01 pm
Delivered, Front Desk/Reception/Mail Room
LOS ANGELES, CA 90012

**Get Updates** ⌄

Feedback

---

Text & Email Updates                                                                     ⌄

---

Tracking History                                                                          ⌄

---

Product Information                                                                        ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**