UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-06338-SVW-JEM | Date | February 24, 2020 |
|---|---|---|---|
| Title | Nora Phillips et al v. United States Customs and Border Protection et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Katherine Stride | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mohammad K. Tajsar | Robert M. Norway |

**Proceedings:**   [18] MOTION to Dismiss Plaintiffs' Second Claim and Request for Prospective Injunctive Relief filed by Defendants

Hearing held. The motion is submitted. Order to issue.

: 53

Initials of Preparer   PMC