JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch, Civil Division

SOPHIE KAISER
Trial Attorney (NY Bar No. 5239751)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 307-2092
Email:  sophie.b.kaiser@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO; and NATHANIEL DENNISON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE, in his official capacity as acting director of U.S. Immigration and Customs Enforcement; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY, in his official capacity as director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. 2:19-CV-6338-SVW-JEM<br><br>**NOTICE OF APPEARANCE** |

1

PLEASE NOTICE the appearance in this action of Sophie Kaiser, United States Department of Justice, 1100 L Street, N.W., Washington, D.C. 20005, as counsel for the Defendants. Ms. Kaiser's telephone number is (202) 307-2092, and her email address is sophie.b.kaiser@usdoj.gov.

The filing of this notice constitutes the first appearance in this case of the attorney listed above. Robert M. Norway, Michael Drezner, and Martin M. Tomlinson, also of the Department of Justice, previously appeared in the case.

Dated: July 2, 2020                              Respectfully submitted,

                                                 JOSEPH H. HUNT
                                                 Assistant Attorney General
                                                 Civil Division

                                                 BRIGHAM J. BOWEN
                                                 Assistant Branch Director
                                                 Federal Programs Branch, Civil Division

                                                  /s/ Sophie Kaiser
                                                 SOPHIE KAISER
                                                 Trial Attorney (NY Bar No. 5239751)
                                                 Civil Division, Federal Programs Branch
                                                 United States Department of Justice
                                                 1100 L Street, N.W., Washington, D.C. 20005
                                                 Telephone: (202) 307-2092
                                                 Email: sophie.b.kaiser@usdoj.gov

                                                 *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: July 2, 2020                                         /s/ Sophie Kaiser