UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO, and NATHANIEL DENNISON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE, in his official capacity as acting director of United States Immigration and Customs Enforcement; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY, in his official capacity as director of the Federal Bureau of Investigation,<br><br>Defendants. | No. 2:19-cv-06338-SVW-JEM<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES BY SIXTY (60) DAYS; DECLARATION OF MARTIN M. TOMLINSON**<br><br>[Fed. R. Civ. P. 16(b)(4)]<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

Having reviewed and considered the parties' Joint Stipulation to Continue Pretrial and Trial Deadlines by Sixty (60) Days, and the Declaration of Martin M. Tomlinson, and good cause appearing therefore,

IT IS ORDERED THAT:

1. The pretrial and trial deadlines are continued for sixty (60) days.
2. The pretrial conference and hearing on motions in limine is scheduled for **November 30, 2020**, at 3:00 p.m.
3. The jury trial is scheduled to begin on **December 8, 2020**, at 9:00 a.m.
4. All other instructions in the Court's Civil Trial Preparation Order (ECF No 29) shall remain in effect.

Date: August 31, 2020

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE