Ahilan Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Found. of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

R. Alexander Pilmer (SBN 166196)
Alexander.pilmer@kirkland.com
Kirkland & Ellis LLP
555 S. Flower Street
Los Angeles, CA 90017
Telephone: (213) 680-8405
Facsimile: (213) 680-8500
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NORA PHILLIPS; ERIKA PINHEIRO; and NATHANIEL DENNISON;

*Plaintiffs*,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY,

*Defendants.*

CASE NO: 2:19-cv-06338

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF *EX PARTE* APPLICATION FOR ADDITIONAL DEPOSITIONS AND TRIAL CONTINUANCE**

Pursuant to Local Rule 79-5.2.2(a), Plaintiffs hereby request the Court grant leave to file two documents under seal in support of their concurrently filed *Ex Parte* Application for Additional Depositions and Trial Continuance. Defendants United States Customs and Border Protection, Federal Bureau of Investigation, and Immigration and Customs, and their respective directors (collectively "Defendants") produced these two documents under seal pursuant to the Protective Order entered by the Court on July 23, 2020. *See* Dkt. 41. The Order authorized a party to produce to the opposing party confidential records under seal (including under attorneys' eyes only, if necessary).

Plaintiffs rely upon these records to provide documentary evidence in support of their request to take additional depositions beyond the limit imposed by Federal Rule of Civil Procedure 30. The two exhibits explain (1) the deficiency in the written record concerning Plaintiff Nathaniel Dennison's intrusive seizure and interrogation, and (2) the scope of proposed deponent Jazmin Castillo's involvement in the intelligence gathering operation that targeted Plaintiffs. Plaintiffs rely upon these two records to meet Rule 26's particularity requirement for authorizing additional depositions beyond Rule 30's limit. Since Defendants produced them under seal in their entirety pursuant to the Protective Order, and since Plaintiffs have not yet challenged their designation as confidential (they reserve the right to do so at a later date), Plaintiffs submit this Application for leave to file the Exhibits under seal.

Dated: November 9, 2020

Respectfully Submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

KIRKLAND & ELLIS LLP

By: /s/ Mohammad Tajsar
Mohammad Tajsar

*Counsel for Plaintiffs*