Ahilan Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Found. of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

R. Alexander Pilmer (SBN 166196)
Alexander.pilmer@kirkland.com
Kirkland & Ellis LLP
555 S. Flower Street
Los Angeles, CA 90017
Telephone: (213) 680-8405
Facsimile: (213) 680-8500
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO; and NATHANIEL DENNISON;<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY,<br><br>*Defendants.* | CASE NO: 2:19-cv-06338<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017.

On November 12, 2020, I served copies of the foregoing documents:

**DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF APPLICATION TO FILE UNDER SEAL**

**EXHIBIT J TO AMENDED DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF EX PARTE APPLICATION FOR ADDITIONAL DEPOSITIONS AND TRIAL CONTINUANCE**

**EXHIBIT K TO AMENDED DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF EX PARTE APPLICATION FOR ADDITIONAL DEPOSITIONS AND TRIAL CONTINUANCE**

on the interested parties listed below at the following addresses:

| | |
|---|---|
| Martin Tomlinson<br>Civil Division, Federal Programs Branch<br>United States Department of Justice<br>martin.m.tomlinson@usdoj.gov | Attorney for Defendants |

<u>XX</u>    BY EMAIL

I caused the foregoing document(s) to be transmitted to the addressees listed above, and to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

Executed on November 12, 2020, at Belleair Bluffs, Florida.

_____
Casey Kasher
ACLU Foundation of Southern California

CERITIFCATE OF SERVICE

1