Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

R. Alexander Pilmer (SBN 166196)
Alexander.pilmer@kirkland.com
Kirkland & Ellis LLP
333 S. Hope Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 680-8405
Facsimile: (213) 680-8500

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO; and NATHANIEL DENNISON; <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY. <br><br> *Defendants.* | CASE NO. 2:19-cv-06338 <br><br> **CERTIFICATE OF SERVICE** <br><br> Honorable Stephen V. Wilson <br> United States District Judge |

## **CERTIFICATE OF SERVICE**

I, Mohammad Tajsar, am employed in the County of Los Angeles, State of California.

On May 4, 2021, I served a copy of the following document(s) described as: on the interested parties in this action as follows:

**1.     PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**

**2.     PLAINTIFFS STATEMENT OF GENUIE DISPUTES IN SUPPORT OF THEIR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;**

**3.     DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

☒     **By Electronic Mail**

I caused said document(s) to be transmitted by electronic mail.  The name(s) and email address(es) of the person(s) served are set forth below.  The document was transmitted by electronic transmission and without error.

Michael L. Drezner
Martin M. Tomlinson
Sophie Kaiser
Lisa Olson
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
1100 L Street NW, Room 12210
Washington, DC 20005
Email:      Michael.L.Drezner@usdoj.gov
              Martin.M.Tomlinson@usdoj.gov
              Sophie.B.Kaiser@usdoj.gov
              Lisa.Olson@usdoj.gov

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2021, at Los Angeles, California.

By:  */s/ Mohammad Tajsar*
Mohammad Tajsar

Counsel for Plaintiffs