Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

R. Alexander Pilmer (SBN 166196)
Alexander.pilmer@kirkland.com
Kirkland & Ellis LLP
333 S. Hope Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 680-8405
Facsimile: (213) 680-8500

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO; and NATHANIEL DENNISON;<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK MORGAN; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE; FEDERAL BUREAU OF INVESTIGATION; and CHRISTOPHER WRAY.<br><br>    *Defendants* | CASE NO. 2:19-cv-06338<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiffs Nora Phillips, Erika Pinheiro, and Nathaniel Dennison ("Plaintiffs") hereby appeal the following order to the United States Court of Appeals for the Ninth Circuit:

1. U.S. District Judge Stephen V. Wilson's June 22, 2021 Order Granting Defendants' Motion for Summary Judgment [ECF No. 104]; attached hereto at Exhibit A.

DATED: July 20, 2021         Respectfully submitted,

                             By:  /s/ *Mohammad Tajsar*
                                  Mohammad Tajsar
                                  Counsel for Plaintiffs